USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

In the United States District Court

for the EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

PHILLIP M. WEBER

CRIMINAL NUMBER:

4:15-CR-00039 SWW

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, PHILLIP M. WEBER, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the _____ District of NEBRASKA in which I, PHILLIP M. WEBER, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: March 4, 20 15 at Omaha, Douglas County, NE 1437

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
_____ District of
NEBRASKA

_____
United States Attorney for the
EASTERN District of
ARKANSAS

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Katelyn Cameron D.C. on **Mar 24, 2015**

For the United States District Court
Eastern District of Arkansas

| U.S. Department of Justice | | | Rule 20 -- Transfer Notice |
|---|---|---|---|
| To: Fred Franklin, AUSA | District Nebraska | | Date |
| Name of Subject: Phillip M. Weber | Statute Violated 18 U.S.C. 2113(a) | | File Data *(Initials and Number)* Eastern District of Arkansas, No. 4:15-CR-00039 SWW |

## Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea        Date of Sentence        Sentence

| From *(Signature and Title)* [signature] AUSA | Address 425 W Capitol, Ste 500 Little Rock, AR 72201 |
|---|---|

## Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
    on          at          o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information           Docket No. EDAR No. 4;15-CR-00039 SWW

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)* [signature] | District Eastern District of Arkansas | Date 3/3/15 |
|---|---|---|

See United States Attorney Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 4:15-CR 00039 SWW |
| v. | ) |
| | ) 18 U.S.C. § 2113(a) |
| PHILLIP M. WEBER | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 10, 2014, in the Eastern District of Arkansas, the defendant,

**PHILLIP M. WEBER,**

did take by force and violence and by intimidation from the person and presence of an employee of Iberia Bank, money, namely approximately $1,889.00 in United States currency belonging to and in the care, custody, control, management and possession of Iberia Bank, 6420 S. University, Little Rock, Arkansas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

1