# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 4:15-CR 00039 SWW |
| v. | ) |
| | ) 18 U.S.C. § 2113(a) |
| PHILLIP M. WEBER | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 10, 2014, in the Eastern District of Arkansas, the defendant,

**PHILLIP M. WEBER,**

did take by force and violence and by intimidation from the person and presence of an employee of Iberia Bank, money, namely approximately $1,889.00 in United States currency belonging to and in the care, custody, control, management and possession of Iberia Bank, 6420 S. University, Little Rock, Arkansas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

1